# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2135

_____

| | | |
|---|---|---|
| Robert Savage, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| James Anthony Gammon, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  February 14, 2001

Filed:   February 20, 2001

_____

Before WOLLMAN, Chief Judge, BOWMAN and MORRIS SHEPPARD ARNOLD,
   Circuit Judges.

_____

PER CURIAM.

Robert Savage, convicted and sentenced in state court for the rape of a ten-year-old girl, appeals from the order of the District Court denying his 28 U.S.C. § 2254 petition for a writ of habeas corpus. The District Court[1] rejected all thirteen of the claims raised in Savage's petition, and granted a certificate of appealability with respect to three of them:  (1) that the prosecutor failed to disclose evidence favorable to the

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

defense; (2) that Savage's conviction was obtained using inadmissible hearsay testimony of Lisa Gray, Angela Gray, and Dr. Janet McGhee; and (3) that Savage received ineffective assistance of appellate counsel.

Having reviewed the case and considered all of Savage's arguments for reversal, we are satisfied that the District Court was correct in its rulings as to all three of these claims. No error of fact or law appears, and an opinion by this Court would add nothing of value to the thorough and well-reasoned opinion of the District Court. Accordingly, for the reasons stated in the opinion of the District Court, the order of that court is

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.